

**Office of the New York State
Attorney General**

**<u>VIA ECF</u>**
Honorable Cathy Seibel
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

**Letitia James
Attorney General**

July 14, 2025

> Conference adjourned to 9/3/25 at 10:30 am. Plaintiff's response letter due 8/27/25. The Clerk shall terminate ECF No. 58.
>
> SO ORDERED.
> *Cathy Seibel*  7/14/25
> CATHY SEIBEL, U.S.D.J.

Re:   <u>Germaine Montes v. Superintendent Mark Miller, et al.</u>, 24 Civ. 4141 (CS)

Dear Judge Seibel:

I am an Assistant Attorney General in the Office of Letitia James, Attorney General of the State of New York, and I have been assigned this case. Our office currently represents Superintendent Mark Miller (*see* ECF #11), RN Mary Ashong[1], Deputy Superintendent of Health Services Billie Tuohy[2]. (*see* ECF #12), C.O. Pellot (*see* ECF #18), C.O. Fox (*see* ECF #19), C.O. Laino (*see* ECF #20), Jackson (*see* ECF #36), Cahon (*see* ECF #41), J. Noeth (*see* ECF #42), and Katelyn Richburg (*see* ECF #44).

Pursuant to Your Honor's Individual Rules of Practice 2(A) I submitted a letter motion for a conference seeking leave to file a motion to dismiss Plaintiff's amended complaint. (*see* ECF #56).

Your Honor granted the letter motion to the extent a conference was scheduled for August 27, 2025, at 9:45am.

I am writing this letter motion to request the Court change the conference date and time. I will be out of the office and country between August 25, 2025, through September 1, 2025, returning to the office on September 2, 2025. Additionally for scheduling purposes, I am also unavailable September 5, 2025, at 2:30pm due to a conference scheduled with Judge Briccetti, and I am away for an annual Office of the Attorney General Regional Office conference in Ithaca, New York, between September 16 through September 19, 2025.

I am respectfully submitting this request to the Court as early as possible to minimize the inconvenience to the Court's calendar.

Respectfully submitted,

*Robert Feliu*
Robert Feliu
Assistant Attorney General

---

[1] Please note her name was spelled incorrectly as "Ashonda" in the initial complaint.
[2] Defendants selected the "Deputy Superintendent of Health Services" when filing notice of appearance on behalf of Billie Tuohy.

1